IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DiGIGLIO, *et al.*, : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> U.S. XPRESS, INC., *et al.* : <br> Defendants. : | CIVIL ACTION NO. 17-1039 |

## ORDER

**AND NOW,** this 5th day of February 2018, upon consideration of the Amended Complaint [Doc. No. 8], Defendants' Motions to Dismiss [Doc. Nos. 9, 19], the responses and replies thereto, and the accompanying Memorandum Opinion issued this day, it is hereby **ORDERED** that the Motions to Dismiss [Doc. Nos. 9, 19] are **GRANTED**. The Amended Complaint is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**